PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nicole M. Hodgkins                Case Number: A03-0049-CR (AHB)

Sentencing Judicial Officer:   A. Harry Branson, U.S. Magistrate Judge

Date of Original Sentence:         7/17/2003

Original Offense:                  Bank Larceny

Original Sentence:                 3 years Probation

Date Supervision Commenced:        7/17/2003

### PETITIONING THE COURT

[X]  To extend the term of probation for one year, for a total term of four years.
[ ]  To modify the conditions of probation as follows:

### CAUSE

The defendant was sentenced to probation on July 17, 2003, for a term of three years. Since her release from the Cordova Center on April 11, 2006, the defendant has had police contact of which she received a ticket for not wearing a seatbelt. The person driving the vehicle is a known felon to the defendant and whom she was previously instructed not to have any contact with. Additionally, the defendant was ordered to pay $2,843.55 in restitution on July 17, 2003, the defendant has a remaining balance of $1,967.98. In order to address these violations, the probation officer recommends the defendant's term of probation be extended for a period of one year for a total term of four years. The defendant signed a waiver agreeing to this extension of her term of probation.

*Request for Modification of Conditions or Term*
*Name of Offender      :    Nicole M. Hodgkins*
*Case Number           :    A03-0049-CR (AHB)*

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: June 16, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other:

_____

_____

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
John D. Roberts
U.S. Magistrate Judge

Date: June 19, 2006

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Nicole Hodgkins**                               **Docket No. A03-0049 CR (AHB)**

I, __Nicole Hodgkins__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

The term of probation is extended for a period of one year for a total term of four years.

Signed: **REDACTED SIGNATURE**         Date: 6-15-06
Nicole Hodgkins
Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**        Date: 6-15-06
Beth Mader
U.S. Probation/Pretrial Services Officer