

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska 99513-7568

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: **Prisoner in STATE Custody with Federal Detainer**

NAME: HIDGKINS, Nicole Marie

DATE OF BIRTH: 06/16/1982

CHARGE: Supervised Rel Violation.

CASE NUMBER: 3:03-cr-0049-JDR

PLACE HELD: HIGHLAND MOUNTAIN C.C.

DATE OF DETAINER: 04/23/2007

REMARKS: Subject is in state custody with an active federal detainer. U.S. Marshals will notify once subject is in federal custody and available for court.

BOOKED IN ENGLISH: YES  X    No _____

Language: _____

**Please call Richard Snyder at (907) 271-4374 in regards to this notice of arrest. Thank you.**