PROB 12C
(7/93)
Case 3:03-cr-00049-JDR   Document 32-2   Filed 05/03/2007   Page 1 of 5

RECEIVED
APR 10 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# United States District Court
## for the
## District of Alaska
### Petition for Warrant or Summons for Offender Under Probation

| | |
|---|---|
| Name of Offender: Nicole M. Hodgkins | Case Number: A03-0049-CR (AHB) |

Sentencing Judicial Officer:     John D. Roberts, U.S. Magistrate Judge

Date of Original Sentence:       July 17, 2003

Original Offense:                Bank Larceny

Original Sentence:               3 years probation

Date Supervision Commenced:      July 17, 2003

Asst. U.S. Attorney: Frank Russo                    Defense Attorney: Charles W. Coe

---

### PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Special Condition of Supervision 1, "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on November 29, 2006, the defendant failed to appear for a scheduled/surprise drug test. This is a Grade C violation. |
| 2 | The defendant has violated the Special Condition of Supervision 1, "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on December 6, 2006, the defendant failed to appear for a scheduled/surprise drug test. This is a Grade C violation. |

3   The defendant has violated the Special Condition of Supervision 1, "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on December 13, 2006, the defendant failed to appear for a scheduled/surprise drug test. This is a Grade C violation.

4   The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that, the defendant failed to submit monthly reports for January 2007, February 2007 and March 2007. This is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of probation should be:

[X]   Revoked
[ ]   Extended for _____ year(s), for a total term of _____ years.

[ ]   The conditions of probation should be modified as follows:

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: April 10, 2007

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

*Petition for Warrant or Summons*
*Name of Offender        :       Nicole M. Hodgkins*
*Case Number             :       A03-0049-CR (AHB)*

THE COURT ORDERS

[X]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.*

[ ]  The issuance of a summons.

[ ]  Other:

**REDACTED SIGNATURE**
John D. Roberts
U.S. Magistrate Judge

April 10, 2007
Date

# United States District Court
for the
# DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A03-0049-CR |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| Nicole M. Hodgkins | ) | |

I, Beth A. Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Probation for Nicole M. Hodgkins, and in that capacity declare as follows:

The defendant was sentenced to probation on July 17, 2003, for a term of three years. Since that time the defendant has failed to report police contact, has had unauthorized contact with convicted felons and has tested positive for the use of marijuana. In order to address these violations, and assist the defendant with resuming her substance abuse treatment, and obtain employment and a suitable release plan, the probation officer recommended that the defendant's conditions of probation be modified to include 120 days at the Community Corrections Center. On December 1, 2005, the defendant signed a *Waiver of Hearing* agreeing to this modification of her conditions of probation.

Since the defendant's release from the Cordova Center on April 11, 2006, the defendant has had police contact of which she received a citation for not wearing a seatbelt. The person driving the vehicle is a known felon to the defendant and whom she was previously instructed not to have any contact with. In order to address these violations, the probation officer recommended that the defendant's term of probation be extended for a period of one year for a total term of four years. The defendant signed a waiver agreeing to this extension of her term of probation on June 16, 2006.

During a home visit on September 22, 2006, probation officers contacted the defendant at her reported residence. During this home visit the defendant was instructed to comply with the drug testing program and to continue to provide urine samples as directed. Additionally, the defendant was instructed to maintain contact with the probation office and submit her monthly supervision reports.

On November 29, 2006, the defendant failed to appear for a scheduled/surprise drug test.

On December 6, 2006, the defendant failed to appear for a scheduled/surprise drug test.

On December 13, 2006, the defendant failed to appear for a scheduled/surprise drug test.

The defendant failed to submit monthly reports for January 2007, February 2007 and March 2007.

The defendant's whereabouts are unknown.

Executed this 9th day of April 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation Officer