NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | Case No. 3:03-CR-00049-JDR |
|---|---|---|
|  | ) |  |
| NICOLE MARIE HODGKINS | ) | PETITION FOR WRIT OF |
|  | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | PROSEQUENDUM |
|  | ) |  |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

NICOLE MARIE HODGKINS, who is imprisoned by the State of Alaska Department of Corrections, at Highland Mountain Correctional Center, is a defendant in a certain cause now pending before this Court, to wit: a petition to revoke supervised release as imposed in the matter of United States of America v.

Nicole Marie Hodgkins, Case No. 3:03-CR-00049-JDR, which has yet to be scheduled for the initial appearance, has been filed and further proceedings related to that petition.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections, at Highland Mountain Correctional Center to bring the said defendant before the United States District Court in Anchorage, Alaska for the initial appearance on the petition to revoke supervised release, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections, at Highland Mountain Correctional Center, thereafter.

RESPECTFULLY SUBMITTED this day, June 5, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov