IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>NICOLE MARIE HODGKINS,<br><br>On Writ of Habeas Corpus | ) Case No. 3:03-CR-00049-JDR<br>)<br>) <u>ORDER FOR ISSUANCE OF</u><br>) <u>WRIT OF HABEAS CORPUS</u><br>) <u>AD PROSEQUENDUM</u><br>)<br>) |

On the Petition of Frank V. Collins, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring NICOLE MARIE HODGKINS, now being held at Highland Mountain Correctional Center, before this Court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Nicole Marie Hodgkins</u>, Case No. 3:03-CR-00049-JDR for the scheduling of an arraignment/initial appearance in Anchorage, Alaska on a petition to revoke supervised release and such other proceedings as the Court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 5th day of June, 2007 at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE