<h1 style="text-align:center">United States District Court</h1>
for the<br>
<strong>DISTRICT OF ALASKA</strong>


RECEIVED
JUN 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A03-0049-CR (AHB) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Nichole M. Hodgkins ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Nichole M. Hodgkins and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with four violations of her term of probation.

REDACTED SIGNATURE
_____
John D. Roberts
U.S. Magistrate Judge

April 10, 2007
Date

| RETURN OF SERVICE |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK   HIGHLAND MOUNTAIN CC |||
| Date Received: 4/10/07  Date of Arrest: 6/7/2007 | Name and title of arresting officer: USMS | Signature of arresting officer: For R. Su____ |