MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs NICOLE HODGKINS          CASE NO. 3:03-cr-00049-JDR
Defendant: X  Present    X  In Custody __ On Bond ___ On Summons

BEFORE THE HONORABLE    JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    LINDA CHRISTENSEN

UNITED STATES ATTORNEY:    ANDREA STEWARD (for Frank Russo)

DEFENDANT'S ATTORNEY:    CHARLES COE

U.S.P.O.:    TIM ASTLE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 83) Held 6/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:10 p.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of allegations.

X Defendant states true name: same as above

X Financial Affidavit filed.
   X Federal Public Defender to appoint Charles Coe as CJA counsel.
      ( X  FPD notified.)

X PLEA(S):   X Denials entered to Allegations 1, 2, 3, and 4 of the Petition to Revoke Probation

X Evidentiary Hearing set for **June 25, 2007 at 9:30 a.m.**

X Defendant detained/Detention Hearing set for **June 25, 2007 at 9:30 a.m.**; Temporary Detention Order filed.

X OTHER: Oral court order that Mr. Coe's Notice of Appearance filed at dkt 38 be stricken and Mr. Coe ordered to file a new Entry of Appearance based on his court appointment

At 3:28 p.m. court adjourned.

DATE: JUNE 15, 2007       DEPUTY CLERK'S INITIALS:      lc