CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
charlielaw@gci.net

Attorney for Nicole Hodgkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:03-cr-00049 -JDR |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| NICOLE HODGKINS, | ) |
| Defendant. | ) |

COMES NOW, the law firm of CHARLES W. COE, and hereby enters its CJA Notice of Appearance as counsel of record for the defendant, NICOLE HODGKINS, in the above-captioned matter. All documents and correspondence may be served upon Counsel at 805 West 3rd Avenue, Suite 100, Anchorage, Alaska, 99501.

DATED this 21st day of June, 2007.

By: s/Charles W. Coe
Counsel for Defendant
Nicole Hodgkins
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

<u>Certificate of Service</u>

I certify that on June 21, 2007,
Copies of the foregoing were served
Upon the following:

Frank V. Russo

<u>s/Charles W. Coe</u>