CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
charlielaw@gci.net

Attorney for Nicole Hodgkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) Case No. 3:03-cr-00049 -JDR | |
| v.       ) | |
| ) **NOTICE OF WITHDRAWAL** | |
| NICOLE HODGKINS,       ) **OF DENIAL TO PETITION** | |
| ) | |
| Defendant.       ) | |
| _____) | |

COMES NOW, Nicole Hodgkins, by and through her attorney Charles W. Coe, who hereby notifies this court that she withdraws her denial of the petition to revoke her probation in the above case and requests that a disposition hearing take place at the time currently scheduled for hearing on June 25, 2007, at 9:30 a.m.

DATED this 22nd day of June, 2007.

By: s/Charles W. Coe
Counsel for Defendant
Nicole Hodgkins
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

USA v. Hodgkins
Notice of Withdrawal of Denial to Petition
Case No. 3:03-cr-00049 (JDR)
Page 1 of 2

Certificate of Service

I certify that on June 22, 2007,
Copies of the foregoing were served
Upon the following:

Frank V. Russo

s/Charles W. Coe