MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __NICOLE HODGKINS__   CASE NO. __3:03-CR-00049-JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      FRANK RUSSO

DEFENDANT'S ATTORNEY:         CHARLES COE

U.S.P.O.:                     BETH MADER

PROCEEDINGS: FINAL DISPOSITION HEARING (EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE and DETENTION HEARING) HELD 06/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:32 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant stated true name: __NICOLE HODGKINS__  Age: _____

_X_ Defendant advised of general rights.

_X_ Defendant **ADMITTED** allegations __1, 2, 3, 4 of the Petition to Revoke Probation (Dkt 29).__

At 10:04 a.m. court recessed until 10:08 a.m.

_X_ Probation revoked.

_X_ Defendant imprisoned for a period of __6 months with credit for time served from 4/26/2007 and no supervision to follow.__

_X_ Defendant remanded to the custody of the U.S. Marshal.

At 10:31 a.m. court adjourned.


DATE:       June 25, 2007       DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07