RECEIVED
JUN 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>vs.<br>NICOLE HODGKINS. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 07/17/03)<br>Case Number: 3:03-CR-00049-01-JDR<br>Charles Coe<br>Defendant's Attorney |

Defendant's probation officer filed a petition on __4/10/2007__ accusing defendant of __4__ violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 1-4 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Failed To Appear For Scheduled Drug Test | 11/29/06 | C |
| 2 | Special | Failed To Appear For Scheduled Drug Test | 12/06/06 | C |
| 3 | Special | Failed To Appear For Scheduled Drug Test | 12/13/06 | C |
| 4 | Standard | Failed To Submit Monthly Reports | 03/31/07 | C |

The court finds that the following accusations are not proved: _____. The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __3__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JUNE 25, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

6-25-07
Date

AO245.REV

Defendant: NICOLE HODGKINS                    Amended Judgment--Page 2 of 3
Case No.:   3:03-CR-00049-01-JDR

## IMPRISONMENT ON REVOCATION OF PROBATION

Defendant's probation having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  6 months with credit for time served from 4/26/2007 and with no supervision to follow .

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
                         a.m.
    [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

Defendant: NICOLE HODGKINS                    Amended Judgment--Page 3 of 3
Case No.:  3:03-CR-00049-01-JDR

## PROBATION (MODIFIED)

Defendant's probation is modified as follows:




**No term of supervision to follow.**



Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV